**Order entered 1/06/2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01046-CV

**ROBERT JOSEPH YEZAK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-04110-2021**

### ORDER

Before the Court is the State's December 23, 2022 motion for extension of time to file its brief and Appellant's January 3, 2023 objection to the State's motion. We **OVERRULE** Appellant's objection and **GRANT** the State's motion. We **DIRECT** the Clerk of the Court to accept the State's brief, filed in conjunction with its motion for extension of time, as of the date of this Order.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE